IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JERRY W. THACKER,
    Plaintiff,

vs.                                CASE NO. 3:05cv334/RV/MD

STATE OF FLORIDA, et al.,
    Defendants.

_____

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 22, 2005. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. Plaintiff's motion to dismiss (doc. 25) is GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

2. The clerk is directed to close the file.

DONE AND ORDERED this 28th day of December, 2005.

                        /s/ _Roger Vinson_
                        **ROGER VINSON**
                        **SENIOR UNITED STATES DISTRICT JUDGE**